# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maksim Valentinovich Demikh (2),<br><br>　　　　Defendants. | Criminal No. 15-113 (MJD/HB)<br><br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Hildy Bowbeer. Defendant objected to the recommendation to deny his motion for suppression of electronic surveillance evidence and to deny his motion to suppress statements made to law enforcement during a custodial interrogation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated August 12, 2015.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Demikh's Motion for an Order Suppressing All Electronic Surveillance Evidence [Doc. No. 49] is **DENIED**;

3. Defendant Demikh's Motion to Suppress All Identifications of Defendant Obtained Through Unlawful Identification Procedures [Doc. No. 50] is **DENIED**;

4. Defendant Demikh's Motion to Suppress All Evidence Obtained From Unlawful Searches and Seizures [Doc. No. 51] is **DENIED**; and

5. Defendant Demikh's Motion to Suppress Statements Made by Defendant [Doc. No. 52] is **DENIED**.

Dated: October 21, 2015            s/Michael J. Davis
                                   MICHAEL J. DAVIS
                                   United States District Judge